THE STATE OF OHIO, APPELLEE, *v.* EVERETTE, APPELLANT.

[Cite as *State v. Everette* (1996), 74 Ohio St.3d 274.]

(No. 95–1557—Submitted October 24, 1995—Decided January 10, 1996.)

*Thomas E. Everette, Jr., pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.